# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2007

Clifford W. Taylor,
Chief Justice

132850(32)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

RUSSELL HILEMAN,
      Plaintiff-Appellee,

v

                                           SC: 132850
                                           COA: 265641
                                           WCAC: 03-000119

TRAILER EQUIPMENT, INC., a/k/a TRAILER
X-PRESS, INC., and ACCIDENT FUND
INSURANCE COMPANY OF AMERICA,
      Defendant-Appellant.

_____/

      On order of the Court, the motion for reconsideration of this Court's April 4, 2007 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2007

_____
Clerk

d0618